**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-21069-CIV-ROSENBAUM/SELTZER**

ADRIAN DIAZ, *et al.*,

      Plaintiffs,

v.

WHEELS AMERICA ALLOY WHEEL
MIAMI, LTD., *et al.*,

      Defendants.

_____/

## ORDER REQUIRING PLAINTIFF VANEGAS TO OBTAIN COUNSEL OR FILE *PRO SE* NOTICE

This matter is before the Court on review of the record.  On September 6, 2012, this Court

granted the motion of Plaintiffs' Counsel, R. Martin Saenz, Esq., and The Saenz Law Firm, P.A.,

to withdraw as counsel for Plaintiff Carlos Vanegas.  D.E. 33.  In that Order, the Court required

Vanegas to obtain new counsel or file a notice of his intent to appear *pro se* no later than September

20, 2012.  *Id.*  The Order also required Plaintiffs' Counsel to serve the Order on Vanegas.  *Id.*  On

October 15, 2012, the Court learned that Plaintiffs' Counsel never provided the Order to Vanegas.

D.E. 49.  Accordingly, the Court finds good cause to extend the period for Vanegas to obtain new

counsel or enter a notice of his intent to appear *pro se*.  It is hereby **ORDERED and ADJUDGED**

as follows:

1.      **By no later than October 29, 2012**, Plaintiff Vanegas shall obtain new counsel and have

         his new counsel enter a notice of appearance in this case or, if Vanegas does not wish to

         obtain counsel, he must file a notice with this Court stating his intent to appear *pro se*.

**Failure by Plaintiff Vanegas to comply with this Order may result in the dismissal of his case for failure to comply with the Court's instructions and failure to prosecute.**

2.    Plaintiff Vanegas's former counsel, R. Martin Saenz, Esq., shall immediately serve a copy of this Order to Plaintiff Vanegas at Vanegas's last known address.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 15th day of October 2012.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc:    counsel of record

Carlos Vanegas, *pro se*
1704 West 75th Street
Hialeah, FL 33014
*Via Certified Mail*